# EXHIBIT A



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = sunlust
Search Results: Displaying 3 of 3 entries

[← previous] [next →]



### *Sunny Leone - Goddess.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001771451 / 2012-02-06 |
| **Application Title:** | Sunny Leone - Goddess. |
| **Title:** | Sunny Leone - Goddess. |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Sunlust Pictures, LLC. Address: 7336 Santa Monica Blvd Ste 31, West Hollywood, CA, 90046, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-01-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Sunlust Pictures, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | [Sunlust Pictures, LLC](#) |

[← previous] [next →]

| **Save, Print and Email ([Help Page](#))** | |
|---|---|
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

---

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

---

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)