UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNLUST PICTURES LLC,

       Plaintiff,                                           Case No. 8:12-CV-01685-MSS-MAP

v.

TUAN NGUYEN,

       Defendant.
_____/

**MOTION FOR WITHDRAWAL OF COUNSEL
AND
MOTION FOR SUBSTITUTION OF COUNSEL**

      George A. Banas, counsel for Plaintiff Sunlust Pictures LLC, hereby moves the Court pursuant to Rule 2.03, Local Rules, Middle District of Florida, for an order permitting him to withdraw as counsel of record for Plaintiffs in this action, and Matthew T. Wasinger seeks permission to be substituted in place of George A. Banas.

      As grounds for this Motion:

      1.     George A. Banas has been counsel for the Plaintiff since the commencement of this case.

      2.     Now, George A. Banas wishes to withdraw as counsel for the Plaintiff.

      3.     Plaintiff understands and accepts the withdrawal of George A. Banas.

      4.     Because this case is still in the preliminary stages of the proceedings, Plaintiff will not be prejudiced by his withdrawing from this action.

      5.     Pursuant to Local Rule 2.03, Plaintiff and opposing counsel have had the requisite notice of George A. Banas' intention to withdraw prior to the filing of this motion.

6. Pursuant to Local Rule 3.01(g), the undersigned counsel has attempted to confer with counsel of record for all parties, and there were no objections.

7. Matthew T. Wasinger is licensed to practice in the Middle District of Florida, and requests that he be designated Counsel of Record on behalf of Plaintiff, Sunlust Pictures LLC.

8. Matthew T. Wasinger, George A. Banas and Plaintiff Sunlust Pictures LLC are all in agreement that this substitution is necessary to allow this case to proceed.

THEREFORE, the Court should grant the counsel's Motion to Withdraw as Counsel and Motion for Substitution of Counsel.

DATED: August 13, 2012

Respectfully submitted,

By:  /s/ George A. Banas  
George A. Banas (Bar # 27467)  
BANAS LAW FIRM  
8270 Woodland Center Blvd.  
Tampa, Florida 33614  
Phone: 415-325-5900  
Email: blgibbs@wefightpiracy.com  

By:  /s/ Matthew T. Wasinger  
Matthew T. Wasinger (Bar # 57873)  
WASINGER LAW OFFICE, PLLC  
605 East Robinson Street, Suite 730  
Orlando, FL 32801  
Phone: 415-325-5900  
Email: wasinger.law@gmail.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 13, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                    /s/ Matthew T. Wasinger
                                                    Matthew T. Wasinger