# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

| | |
|---|---|
| SUNLUST PICTURES, INC., )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>TUAN NGUYEN, )<br>)<br>)<br>Defendants, ) | Civil Action No.<br>8:12-CV-1685-MSS-MAP<br><br>*September 12th, 2012* |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action is related to a pending matter in the Southern District of Florida, Miami Division, *Sunlust v. John Does 1-120*, 1:12-cv-20920 (S.D. Fl.).

Dated this 12th day of September, 2012.

                                              Respectfully submitted,
                                              Graham W. Syfert, Esq.,P.A.

                                              By: s/ Graham W. Syfert
                                                  Graham W. Syfert (39104)
                                                  Trial Counsel
                                                  FL/GA Attorney at Law
                                                  1529 Margaret St, Unit 2
                                                  Jacksonville, FL 32204
                                                  Phone: (904) 383-7448
                                                  Fax: (904) 638-4726

graham@syfert.com

   I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent by e-mail this day, to attorney for the Plaintiffs, Matthew Wasinger, mattw@wasingerlawoffice.com, this 12th of September, 2012.

              By: s/ Graham W. Syfert
                Graham W. Syfert (39104)