UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUNLUST PICTURES, LLC,**

    Plaintiff,

v.                                          Case No.: 8:12-cv-1685-T35-MAP

**TUAN NGUYEN,**

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant Tuan Nguyen's Omnibus Motion to Dismiss under Local Rules and Under 12(b)(6). (Dkt. 12.)

Upon review and consideration, the Court hereby **ORDERS** as follows:

1. This case is set for a hearing on the motion on **Tuesday, November 27, 2012, in the Sam Gibbons United States Courthouse, Tampa Florida, Courtroom 10B at 10:00 a.m.** before United States District Judge Mary S. Scriven. The Court has set aside **two (2) hours** for this hearing.

2. The following persons **SHALL APPEAR IN PERSON** at this hearing: **Plaintiff's Counsel, a representative of Plaintiff, a principal of Prenda Law, Inc., Defendant and the Defendant's Counsel.**

3. Cellular phones, laptop computers, and similar electronic devices are not allowed in the Courthouse without an Order of the Court on motion of the parties. Any party wishing to bring such equipment shall file a motion no later than **November 21, 2012**.

**DONE and ORDERED** in Tampa, Florida, on this 8th day of November 2012.

/s/ *Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Parties