UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNLUST PICTURES LLC,

    Plaintiff,

v.

TUAN NGUYEN,

    Defendant.
_____/

Case No. 8:12-CV-01685-MSS-MAP

## MOTION FOR WITHDRAWAL AS COUNSEL FOR THE PLAINTIFF

Matthew T. Wasinger, counsel for Plaintiff, SUNLUST PICTURES LLC, hereby moves the Court pursuant to Rule 2.03, Local Rules, Middle District of Florida, for an order permitting him to withdraw as counsel of record for Plaintiffs in this action.

As grounds for this Motion:

1. Matthew T. Wasinger has been counsel for the Plaintiff since August 13, 2012. Now, counsel wishes to withdraw as counsel for the Plaintiff.

2. Counsel has good cause to make this motion, and circumstances have arisen that prevent them from continuing to represent the SUNLUST PICTURES, LLC and that permit them to withdraw in accordance with Rule 4-1.16(b) of the Florida Rules of Professional Conduct.

3. Because this case is still in the preliminary stages of the proceedings, Plaintiff will not be prejudiced by his withdrawing from this action and Counsel's withdrawal will not unreasonably delay the progress of this action.

4. Pursuant to Local Rule 2.03, Plaintiff and opposing counsel have had the requisite notice of Counsel's intention to withdraw prior to the filing of this motion.

5.  Counsel suggests that the customary thirty-day period for new counsel to be retained.

6.  Pursuant to Local Rule 3.01(g), the undersigned counsel has attempted to confer with counsel of record for all parties, and Opposing Counsel has been contacted and has no objections to staying the Case Management Conference and all discovery for 30 days for Plaintiff to find new Counsel.

For the reasons set forth in this motion, Counsel respectfully request that the Court enter the proposed order submitted herewith..

DATED: November 8, 2012

Respectfully submitted,

By:  /s/ Matthew T. Wasinger
Matthew T. Wasinger (Bar # 57873)
WASINGER LAW OFFICE, PLLC
605 East Robinson Street, Suite 730
Orlando, FL 32801
Phone: 407-850-8406
Email: mattw@wasingerlawoffice.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 8, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Matthew T. Wasinger
Matthew T. Wasinger