UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNLUST PICTURES LLC,

       Plaintiff,                                    Case No. 8:12-CV-01685-MSS-MAP

v.

TUAN NGUYEN,

       Defendant.
_____/

## MOTION FOR SUBSTITUTION OF COUNSEL

      Matthew T. Wasinger, counsel for Plaintiff Sunlust Pictures LLC, hereby moves the Court pursuant to Rule 2.03(b), Local Rules, Middle District of Florida, for an order permitting attorney Jonathon A. Torres to be substituted in place of Matthew T. Wasinger.

      As grounds for this Motion:

      1.     Matthew T. Wasinger has been counsel for the Plaintiff since August 13, 2012.

      2.     Matthew T. Wasinger sought to withdraw as counsel for the Plaintiff.

      3.     Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with counsel of record for all parties, and there were no objections.

      4.     Jonathan A. Torres is licensed to practice in the Middle District of Florida, and requests that he be designated Counsel of Record on behalf of Plaintiff, Sunlust Pictures LLC.

      5.     Matthew T. Wasinger, Jonathan A. Torres, and Plaintiff Sunlust Pictures LLC are all in agreement that this substitution is necessary to allow this case to proceed.

      THEREFORE, the Court should grant the counsel's Motion for Substitution of Counsel.

DATED: November 12, 2012

Respectfully submitted,

| | | | |
|---|---|---|---|
| By: | /s/ Matthew T. Wasinger | By: | /s/ Jonathan A. Torres |
| | Matthew T. Wasinger (Bar # 57873) | | Jonathan A. Torres (Bar # 67287) |
| | WASINGER LAW OFFICE, PLLC | | JONATHAN A. TORRES, LLC |
| | 605 East Robinson Street, Suite 730 | | 1417 N. Semoran Blvd, Suite 205 |
| | Orlando, FL 32801 | | Orlando, FL 32807 |
| | Phone: 415-325-5900 | | Phone: 415-325-5900 |
| | Email: wasinger.law@gmail.com | | Email: jonathantorresllc@gmail.com |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 12, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

      /s/ Matthew T. Wasinger
      Matthew T. Wasinger