UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUNLUST PICTURES, LLC,**

    **Plaintiff,**

v.                                        Case No.: 8:12-cv-1685-T35-MAP

**TUAN NGUYEN,**

    **Defendant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion for Withdrawal as Counsel for the Plaintiff (Dkt. 19), and the Agreed Motion for an Extension of Time to Conduct Case Management Meeting. (Dkt. 18.)  Upon consideration of all relevant filings, it is hereby **ORDERED** as follows:

1. The Court will address Counsel's Motion to Withdraw and the Motion for Extension of Time to Conduct Case Management Meeting at the November 27, 2012 hearing scheduled for this case.  The Court's Order setting that hearing and requiring attendance of various persons and counsel in person still stands.

**DONE and ORDERED** in Tampa, Florida, on this 13th day of November 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Parties