UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HONORABLE MARY S. SCRIVEN**

| CASE NO. 8:12-cv-01685-MSS-MAP | DATE: November 27, 2012 |
|---|---|
| TITLE: Sunlust Pictures, LLC v. Tuan Nguyen | |
| TIME: 9:55-10:27 am | TOTAL: 32 minutes |
| Courtroom Deputy: Anaida Vizza | |
| Court Reporter: Claudia Spangler-Fry | |
| Counsel for Plaintiff(s): Jonathan Torres (by telephone) and Matthew Wasinger (not present)  Also present: Mark Lutz, (represented to be the Corp. Rep. for Sunlust) | |
| Counsel for Defendant(s): Graham Syfert  Also present: Tuan Nguyen | |

### *CLERK'S MINUTES:*
### *PROCEEDINGS OF HEARING ON MOTIONS*

This matter comes before the Court on the Defendant's Motion to Dismiss, (Dkt. 12); Unopposed Motion to Extend time to Conduct Case Management Conference, (Dkt. 18); Unopposed Motion for Matthew T. Wasinger to Withdraw as Counsel of record, (Dkt. 19); Joint Motion to Substitute Counsel (Dkt. 20); and Motion for Jonathan Torres to Withdraw, (Dkt. 23).

The Court GRANTS the Motion for Jonathan Torres to Withdraw. The case is DISMISSED by the Court, as stated on the record. The Court will entertain any motions for sanctions, as states on the record.

Court is adjourned.