UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUNLUST PICTURES, LLC,**

    Plaintiff,

v.                                        Case No.: 8:12-cv-1685-T35-MAP

**TUAN NGUYEN,**

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion for Substitution of Counsel (Dkt. 20), and the Motion to Withdraw As Counsel (Dkt. 23) filed by Jonathan A. Torres. Plaintiff requests that Attorney Jonathan A. Torres be substituted as counsel for the Plaintiff in place of Attorney Matthew T. Wasinger. Upon consideration of all relevant filings, and being otherwise fully advised, it is hereby **ORDERED** as follows:

1. The Motion for Substitution of Counsel (Dkt. 20) is **DENIED** as Mr. Torres has determined that he does not wish to represent the Plaintiff in this matter. To the extent the Clerk has permitted Mr. Torres to appear as Plaintiff's counsel of record and has placed him on the CM/ECF service list, Mr. Torres shall be terminated as counsel in this case and no further service of documents in this case shall be made to Mr. Torres.

2. Mr. Torres' Motion to Withdraw As Counsel (Dkt. 23) is **DENIED** as moot.

**DONE and ORDERED** in Tampa, Florida, on this 6th day of December 2012.

1

*[signature]*

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record
Any Unrepresented Parties