UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNLUST PICTURES LLC,

    Plaintiff,                      Case No. 8:12-CV-01685-MSS-MAP

v.

TUAN NGUYEN,

    Defendant.

_____/

## NOTICE OF LIMITED APPEARANCE

James E. Felman of Kynes, Markman & Felman, P.A., gives notice of limited appearance in this action as counsel for Non-Parties Prenda Law, Inc., Paul Duffy, Brett Gibbs and John Steele for the purpose of representing them in connection with responding to Defendant Tuan Nguyen's Omnibus Motion for Sanctions, Doc. 31, and Motion for Attorney's Fees, Doc. 35. Please add the undersigned to your service list.

/s/ *James E. Felman*
James E. Felman (FBN 0775568)
jfelman@kmf-law.com
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396
Telephone:    (813) 229-1118
Facsimile:    (813) 221-6750

*Counsel for Prenda Law, Inc., Paul Duffy, Brett Gibbs and John Steele*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2012, I electronically filed the foregoing with the Clerk of the Court which will send a notice of electronic filing to:

Graham W. Syfert
graham@syfert.com

Matthew Thomas Wasinger
mattw@wasingerlawoffice.com

/s/ James E. Felman
James E. Felman