UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNLUST PICTURES LLC,

        Plaintiff,                        Case No. 8:12-CV-01685-MSS-MAP

     v.

TUAN NGUYEN,

        Defendant.
_____/

**EXHIBITS TO MEMORANDUM OF NON-PARTIES PRENDA LAW, INC., PAUL DUFFY, BRETT GIBBS AND JOHN STEELE IN OPPOSITION TO DEFENDANT TUAN NGUYEN'S OMNIBUS MOTION FOR SANCTIONS**

| Description | Number |
|---|---|
| Declaration of Daniel Webber | A |
| Affidavit of Paul Duffy | B |
| Declaration of Brett L. Gibbs | C |
| Affidavit of John Steele | D |
| Email from Graham Syfert to Mr. Wasinger, Mr. Torres, Mr. Gibbs and Mr. Duffy Dated November 27, 2012 | E |
| Motion for Sanctions filed in *Voltage Pictures,, LLC v. Does 1-5,000*, Case No. 1:10-cv-00873-RMU (D.D.C.) | F |