## Declaration of Daniel Webber

DANIEL WEBBER, under penalty of perjury, says as follows:

1. I am over eighteen years of age and am competent to testify as to the matters set forth herein. I make this affidavit on the basis of my personal knowledge and if called to testify at trial I would testify as follows.

2. I am the managing member of Sunlust Pictures, LLC with offices in California and India. The only other principal of Sunlust Pictures, LLC, is my wife, Sunny Leone.

3. Our company has retained various law firms around the country to pursue pirates and hackers who are literally destroying our company.

4. It is my understanding that case 8:12-CV-1685-MSS-MAP was filed in the Middle District of Florida by my counsel there, George A. Banas. Prenda Law, Inc., who directly represents us in copyright infringement cases in other states, helped us find an attorney in the Middle District to file this case.

5. Both my wife and I were in the country of India filming a film during an extended period of time this year, including November 27, 2012. Since I do not have intimate knowledge of the details of this matter, it seemed better for us to request that a person in America who has knowledge of the case attend the November 27, 2012, hearing as the representative of Sunlust Pictures, LLC.

6. Mark Lutz, being a person knowledgeable about Sunlust and having worked on our matters for some time, appeared on our behalf at the November 27th, hearing with my knowledge and consent.

7. Although Mr. Lutz has little knowledge as to Sunlust's corporate structure or the names of its officers and does not have settlement authority for Sunlust Films, Mr. Lutz is a corporate representative who has a great deal of knowledge of the underlying facts relevant to our case.



☑ 001

12/19/2012 08:53 FAX

I declare under the penalty of perjury and upon personal knowledge that the foregoing is true and correct.

_____
Daniel Webber
Dated: December 17, 2012
India