| Date | Entry | Billed Time | Defect | Adusted Time |
|------|-------|-------------|--------|--------------|
| 5/9 | Drafting letter of representation to Prenda Law, Inc., Fax, Fax Confirmation | 2 | Excessive Amount | 0.4 |
| 7/31 | Conversation with Banas re: his acceptance of 3 Prenda Law Cases | 0.1 | Related to Improper Conduct | 0 |
| 7/31 | E-mail to Banas re: Nguyen | 0.3 | Related to Improper Conduct | 0 |
| 8/13 | Review of incoming Motion to Substitute Attorney, research of Wasiger [sic] | 0.2 | Related to Improper Conduct | 0 |
| 8/21 | E-mail to Wasinger re: 3 cases, asking for reasonable numbers, explaining position on the case | 0.8 | Related to Improper Conduct | 0 |
| 8/21 | review of incoming Wasinger e-mail, Reply to Wasinger e-mail | 0.5 | Related to Improper Conduct | 0 |
| 8/29 | Separation of incoming stapled documents | 0.1 | Excessive Billing Rate | 0.02 |
| 9/5 | Research into Sunlust lawsuits, into Sunlust Pictures, LLC, into Sunlust Pictures, Inc. into Sunny Leone, into Daniel Weber, research of "Sunny Leone" goddess, review of track 2 order, review of cert interested persons, finding cover of the DVD goddess, using GIMP to expand and sharpen image to look for corporate designations on DVD cover | 1.2 | Excessive Billing Rate | 0.24 |
| 9/7 | Creating and Splitting all Documents into two cases, editing motion to dismiss | 1.1 | Excessive Billing Rate | 0.22 |
| 9/8 | Research on caselaw re: copyrightability of pornography, obscenity, 5th cir. | 1.3 | Irrelevant | 0 |
| 9/8 | Review of the film Goddess, notes on sunny leone | 1.9 | Irrelevant | 0 |
| 9/12 | Final review motion to dismiss, signature, prep of ECF second filings | 0.8 | Duplicative of prior entry | 0 |
| 9/26 | Pulling details regarding authorship, and creation, of the PDF file PDF file reports "SH" indicating Steele Hansmeier, comparing this with statements made in reply, compared with other documents filed in the case under atty banas, atty Gibbs drated dismissals in other cases with different results | 0.2 | Excessive Billing Rate | 0.04 |
| 10/16 | Wainger called and informed that hew [sic] as going to be withdrawing from the case and scheduling case mgmt conf | | Related to Improper Conduct | 0 |

| Date | Description | Hours | Category | Adjusted |
|------|-------------|-------|----------|----------|
| 11/5 | Wainger: I informed him that I would be filing a motion on ethics violations if we did not have the scheduled meeting before the 12th and it was designed to lengthen the amount of time for the disc and the case, advised that he had to talk with brett gibbs in cali | | Related to Improper Conduct | 0 |
| 11/7 | Wasinger phone call 44 minutes discussing withdrawal options, 5 minutes of notes | 0.4 | Related to Improper Conduct | 0 |
| 11/7 | Wasinger e-mail regarding withdraw options | 0.2 | Related to Improper Conduct | 0 |
| 11/8 | Misc incoming Wasinger e-mails, review and replies | 0.3 | Related to Improper Conduct | 0 |
| 11/8 | Phone call with Matthew Wasinger | 0.1 | Related to Improper Conduct | 0 |
| 11/12 | Review of joint motion to substitute attorney | 0.2 | Related to Improper Conduct | 0 |
| 11/20 | Phone call to Torres, had not yet sent out letter, decided he was going to withdraw and not send that letter | 0.1 | Related to Improper Conduct | 0 |
| 11/20 | Review of incoming e-mail from torres | 0.1 | Related to Improper Conduct | 0 |
| 11/25 | Preparation for hearing 2.2 hrs, printing of material, gathering of Duffy related Sunlust cases filed in ND IL, Review of Duffy relted cases nationwide | 2.2 | Excessive Billing Rate | 0.44 |
| 11/26 | Drive to Tampa - Hourly rate | 3.7 | Excessive Billing Rate | 0.74 |
| 11/29 | Phone call with Matthew Wasinger | 0.8 | Related to Improper Conduct | 0 |
| 11/29 | Phone call with Matthew Wasinger | 0.3 | Related to Improper Conduct | 0 |
| | Original Hours | 18.9 | Adjusted Hours | 2.1 |

Adjusted Lodestar Hours (original at 38.3)    21.5
Adjusted Lodestar    $5,375