# EXHIBIT A

**Matthew T Wasinger**

| | |
|---|---|
| **From:** | Brett Gibbs <blgibbs@wefightpiracy.com> |
| **Sent:** | Thursday, November 29, 2012 5:38 PM |
| **To:** | Matthew T Wasinger |
| **Subject:** | Re: FW: Sunlust v. Nguyen hearing transcript |
| **Flag Status:** | Flagged |

Hey Matt:

I am sure you understand that Sunlust, your client, would like to speak with you before you make any deals with opposing counsel.  Sunlust is willing to fight Syfert's extortion attempts on the merits.  And Sunlust is prepared to bring in independent counsel to alleviate you of any burden in this case.

Just to reiterate, Sunlust fully supports your stance that you failure to appear at the hearing was *not* purposeful.  Everyone agrees that your exposure is limited if at all present for his minor unintentional mistake.

When are you available to talk?

Brett

On Thu, Nov 29, 2012 at 1:45 PM, Brett Gibbs <blgibbs@wefightpiracy.com> wrote:
Matt:

I am around and please give me call. 415-325-5900.

Brett


On Thu, Nov 29, 2012 at 1:35 PM, Matthew T Wasinger <mattw@wasingerlawoffice.com> wrote:

I need to speak with you immediately.



MATTHEW T. WASINGER, ESQUIRE

Wasinger Law Office, PLLC

605 East Robinson Street, Suite 730

Orlando, FL 32801

(407) 850-8406

wasingerlawoffice.com

1

NOTICE: This e-mail-message and any attachment to this -email message contain confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it.  If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 407-850-8406 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message may have not been produced by the sender.

**From:** syfert@gmail.com [mailto:syfert@gmail.com] **On Behalf Of** Graham W. Syfert, Esq.
**Sent:** Thursday, November 29, 2012 4:23 PM
**To:** Jonathan Torres; Matthew Wasinger
**Subject:** Sunlust v. Nguyen hearing transcript

For your records.

-------------
Graham W. Syfert
Florida/Georgia Attorney at Law

http://www.syfert.com/

Graham W. Syfert, Esq., P.A.
1529 Margaret Street, Ste 2
Jacksonville, FL 32204
Phone: (904) 383-7448
Fax: (904) 638-4726
graham@syfert.com

NOTICE: The information contained in this email message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error.

--
Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
blgibbs@wefightpiracy.com

NOTICE: THIS EMAIL IS INTENDED TO BE PART OF A SETTLEMENT NEGOTIATION AND IS NOT ADMISSIBLE UNDER FRE RULE 408.

NOTICE:

This communication is covered by the Electronic Communications Privacy Act, found at 18 U.S.C. 2510 et. seq. and is intended to remain confidential and is subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

--
Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
blgibbs@wefightpiracy.com

NOTICE: THIS EMAIL IS INTENDED TO BE PART OF A SETTLEMENT NEGOTIATION AND IS NOT ADMISSIBLE UNDER FRE RULE 408.

NOTICE:

This communication is covered by the Electronic Communications Privacy Act, found at 18 U.S.C. 2510 et. seq. and is intended to remain confidential and is subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

## Matthew T Wasinger

| | |
|---|---|
| **From:** | Matthew T Wasinger <mattw@wasingerlawoffice.com> |
| **Sent:** | Thursday, November 29, 2012 9:08 PM |
| **To:** | blgibbs@wefightpiracy.com |
| **Subject:** | Follow Up/Termination Letters |
| **Attachments:** | Sunlust Pictures, LLC Notice of  Termination of Representation.pdf; Prenda Law Notice of Termination of Of-Counsel(C).pdf |
| | |
| **Flag Status:** | Flagged |

Brett,

I appreciate Sunlust's acknowledgement that my absence at the November 27, 2012 hearing was completely unintentional and inadvertent given Mr. Torres' appearance at the hearing, and an Order granting his substitution of counsel in the other 7 cases made it an understandable mix-up.

However, I no longer intend to continue as local counsel for Prenda Law or counsel for Sunlust Pictures, LLC.  I will not be filing anything on behalf of Sunlust or Prenda Law, nor will I be participating in the conversation with Mark Lutz tomorrow morning.  I'm out of this case.  The only thing that I will do moving forward is what the law and the rule of ethics require me to do, and I will continue to press my Motion seeking to Withdraw.

I have attached my Formal Letters of Termination.  You have until Monday at Noon, December 3, 2012 to find independent counsel to substitute out as you indicated you would.

Matt Wasinger

MATTHEW T. WASINGER, ESQUIRE
Wasinger Law Office, PLLC
605 East Robinson Street, Suite 730
Orlando, FL 32801
(407) 850-8406
wasingerlawoffice.com

NOTICE: This e-mail-message and any attachment to this -email message contain confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it.  If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 407-850-8406 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message may have not been produced by the sender.

Get Ginger

1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brett Gibbs, Esquire
Prend Law, Inc.
38 Miller Ave. #2663
Mill Valley, CA 94941

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _L. Williams_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
L. Williams   12/21/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7012 2920 0002 4818 1861

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## WASINGER LAW OFFICE
**605 E. Robinson St., Suite 730**
**Orlando, FL 32801**
**(407) 850-8406**
**mattw@wasingerlawoffice.com**

## TERMINATION OF OF-COUNSEL AGREEMENT

November 30, 2012

*__Sent Certified Mail__*
Prenda Law Inc.
c/o Brett Gibbs, Esquire
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
blgibbs@wefightpiracy.com

      RE: 8:12-cv-01685 Sunlust Pictures LLC v. Tuan Nguyen; Termination of
Representation/Of Counsel Agreement

Dear Mr. Gibbs:

      **Enclosed please find my Notice of Termination of of-counsel agreement and
representation letters to Prenda Law and Sunlust Pictures, LLC that I have previously
emailed to you.** As you noted that Sunlust Pictures, LLC's principals are out of the country, and
you have been the point of contact for all matters relating to this client, I have directed the letters
to you for proper handling to forward to Sunlust's principals.

      Thank you for your attention and cooperation in this matter.

                  Sincerely,

                  /s/Matthew T. Wasinger

                  Matthew T. Wasinger, Esquire

### WASINGER LAW OFFICE
**605 E. Robinson St., Suite 730**
**Orlando, FL 32801**
**(407) 850-8406**
**mattw@wasingerlawoffice.com**

## <u>TERMINATION OF REPRESENTATION</u>

November 30, 2012

***<u>Sent via Email and Certified Mail</u>***
Sunlust Pictures, LLC
c/o Brett Gibbs, Esquire
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
blgibbs@wefightpiracy.com

> RE: 8:12-cv-01685 Sunlust Pictures LLC v. Tuan Nguyen; Termination of
> Representation/Of Counsel Agreement

Dear Mr. Gibbs and/or Principal for Sunlust Pictures, LLC:

**Please be advised that I can no longer represent you in the Case No. FL Middle District 8:12-cv-01685. This notification is intended for you to find alternate legal representation in these matters.** As discussed via telephone on November 27, 2012 with Mr. Gibbs, my failure to appear at the scheduled hearing on the same day was completely inadvertent as I was under the impression an Order had been entered to substitute Mr. Torres as counsel in place of myself. This was based the fact that Mr. Torres had filed a Notice of Appearance and a subsequent Motion to Withdraw after the Motion to Substitute Counsel was filed. I appreciate Sunlust Pictures' understanding that this was an accidental mix-up and their preference to retain me as their local counsel. Unfortunately, I will no longer be able represent Sunlust, or serve as Of-Counsel/Local Counsel to Prenda Law due to the ongoing issues and ethical concerns regarding this case. As such, you will need to immediately find new counsel in this matter.

**PLEASE BE ADVISED, if Sunlust Pictures, LLC wishes to pursue an Appeal or a Motion for a New Trial/Amended Judgment, then it needs to be filed within the time frames pursuant to Rule 4** ("the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from") **and Rule 59** ("A motion for a new trial must be filed no later than 28 days after the entry of judgment"), **respectively, of the Federal Rules of Civil Procedure**. <u>As such, time is of the essence for a new attorney to come aboard</u>.

I have requested Prenda Law to have a Motion to Withdraw and Substitute Counsel ready for me to file no later than next week Monday, December 3, 2012 at 12:00 Noon Eastern Time to ensure a smooth transition.

Thank you for your attention and cooperation in this matter.

1

Sincerely,

/s/Matthew T. Wasinger

Matthew T. Wasinger, Esquire

**WASINGER LAW OFFICE**
**605 E. Robinson St., Suite 730**
**Orlando, FL 32801**
**(407) 850-8406**
**mattw@wasingerlawoffice.com**

## TERMINATION OF REPRESENTATION

November 30, 2012

***Sent via Email and Certified Mail***
Sunlust Pictures, LLC
c/o Brett Gibbs, Esquire
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
blgibbs@wefightpiracy.com

      RE: 8:12-cv-01685 Sunlust Pictures LLC v. Tuan Nguyen; Termination of
      Representation/Of Counsel Agreement

Dear Mr. Gibbs and/or Principal for Sunlust Pictures, LLC:

      **Please be advised that I can no longer represent you in the Case No. FL Middle District 8:12-cv-01685. This notification is intended for you to find alternate legal representation in these matters.** As discussed via telephone on November 27, 2012, my failure to appear at the scheduled hearing on the same day was completely inadvertent as I was under the impression an Order had been entered to substitute Mr. Torres as counsel in place of myself. This was based the fact that Mr. Torres had filed a Notice of Appearance and a subsequent Motion to Withdraw after the Motion to Substitute Counsel was filed. I appreciate Sunlust Pictures' understanding that this was an accidental mix-up and their preference to retain me as their local counsel. Unfortunately, I will no longer be able represent Sunlust, or serve as Of-Counsel/Local Counsel to Prenda Law due to the ongoing issues and ethical concerns regarding this case. As such, Prenda Law and Sunlust will need to immediately find new counsel in this matter.

      **PLEASE BE ADVISED, if Sunlust Pictures, LLC wishes to pursue an Appeal or a Motion for a New Trial/Amended Judgment, then it needs to be filed within the time frames pursuant to Rule 4** ("the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from") **and Rule 59** ("A motion for a new trial must be filed no later than 28 days after the entry of judgment"), **respectively, of the Federal Rules of Civil Procedure**. As such, time is of the essence for a new attorney to come aboard.

      Please have a Motion to Withdraw and Substitute Counsel ready for me to file no later than next week Wednesday, December 5, 2012 at 3:00 P.M. Eastern Time to ensure a smooth transition.

1

Thank you for your attention and cooperation in this matter.

Sincerely,

/s/Matthew T. Wasinger

Matthew T. Wasinger, Esquire

**Matthew T Wasinger**

| | |
|---|---|
| **From:** | Matthew T Wasinger <mattw@wasingerlawoffice.com> |
| **Sent:** | Tuesday, December 04, 2012 4:03 PM |
| **To:** | blgibbs@wefightpiracy.com |
| **Subject:** | Update |

Brett,

I left a message with your office earlier this afternoon, but have not heard back.  I was calling to reiterate my position as no longer representing Sunlust or Prenda Law, and my intention to renew my Motion to Withdraw as there had still not been independent counsel presented to replace me.

Additionally, with the Motion for Sanctions filed against me individually, and separately against Prenda Law, due to the ethical considerations with the case, I will not be able to file anything on behalf of Sunlust or Prenda Law.

I will be filing a Response to the Motion for Sanctions against me on my own behalf, along with a Renewed Motion to Withdraw.

Thanks,

Matt Wasinger

MATTHEW T. WASINGER, ESQUIRE
Wasinger Law Office, PLLC
605 East Robinson Street, Suite 730
Orlando, FL 32801
(407) 850-8406
wasingerlawoffice.com

NOTICE: This e-mail-message and any attachment to this -email message contain confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it.  If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 407-850-8406 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message may have not been produced by the sender.

## Matthew T Wasinger

| | |
|---|---|
| **From:** | Matthew T Wasinger <mattw@wasingerlawoffice.com> |
| **Sent:** | Thursday, December 06, 2012 6:30 PM |
| **To:** | blgibbs@wefightpiracy.com |
| **Subject:** | FW: SERVICE OF COURT DOCUMENT - NGUYEN |
| **Attachments:** | Nguyen Mtn Fees costs worderandexhibits.pdf |

Brett,

I still haven't heard from you regarding the independent counsel being brought on to represent Sunlust in this case.  Please advise as to the status of the independent counsel immediately.

Attached is the service of the Motion for Attorney's Fees from Graham Syfert.  **As you know, I filed a renewed Motion to Withdraw, due to a conflict of interest in this matter, so Please advise Sunlust that  Local Rule 3.01(b) gives 14 days to file a response from today.**

I am sending this to you based on the previous understanding that Sunlust is receiving all correspondence through you.  As such, please confirm in writing that Sunlust is receiving all of this correspondence and is aware of the Court filings and issues with this case.

Additionally, please provide a valid name, address, email, and telephone number of a registered agent and/or principal of Sunlust so I can also send this information directly to them.

Regards,

Matt Wasinger

MATTHEW T. WASINGER, ESQUIRE
Wasinger Law Office, PLLC
605 East Robinson Street, Suite 730
Orlando, FL 32801
(407) 850-8406
wasingerlawoffice.com

NOTICE: This e-mail-message and any attachment to this -email message contain confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it.  If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 407-850-8406 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message may have not been produced by the sender.

Get Ginger

**From:** syfert@gmail.com [mailto:syfert@gmail.com] **On Behalf Of** Graham W. Syfert, Esq.
**Sent:** Thursday, December 06, 2012 12:48 PM
**To:** Matthew Wasinger
**Subject:** SERVICE OF COURT DOCUMENT - NGUYEN

------------
Graham W. Syfert
Florida/Georgia Attorney at Law

http://www.syfert.com/

Graham W. Syfert, Esq., P.A.
1529 Margaret Street, Ste 2
Jacksonville, FL 32204
Phone: (904) 383-7448
Fax: (904) 638-4726
graham@syfert.com

NOTICE: The information contained in this email message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error.

## WASINGER LAW OFFICE
**605 E. Robinson St., Suite 730**
**Orlando, FL 32801**
**(407) 850-8406**
**mattw@wasingerlawoffice.com**

## TERMINATION OF OF-COUNSEL AGREEMENT

December 7, 2012

Sunlust Pictures, LLC
c/o DAVID ADELMAN, Registered Agent
7336 Santa Monica Blvd, Suite 31
West Hollywood, CA 90046
blgibbs@wefightpiracy.com

      RE: 8:12-cv-01685 Sunlust Pictures LLC v. Tuan Nguyen; Termination of
      Representation/Of Counsel Agreement

Dear Mr. Adleman:

      **Enclosed please find my Notice of Termination of of-counsel agreement and
representation letters to Prenda Law and Sunlust Pictures, LLC that I have previously
emailed and sent certified mail to your California Counsel, Brett Gibbs of Prenda Law.**
Recently, a Motion for Sanctions against Prenda Law was filed, as well as a Motion for
Attorney's Fees and Costs in the above captioned case.

      As Mr. Gibbs was made aware, due to the nature of the sanctions against myself
individually, and against Prenda Law separately, that I have a conflict of interest in this case
along with significant ethical concerns regarding Prenda Law's operation.  I appreciate Sunlust's
support in the above case that my failure to appear at the November 27, 2012 hearing was
completely unintentional.  <u>Unfortunately, due to the conflict of interests, I am no longer able to
represent Sunlust Pictures, LLC, as Mr. Gibbs was made aware back on October 3, 2012, and
was reaffirmed in my letters dated November 30, 2012.</u>

      Mr. Gibbs noted that Sunlust Pictures, LLC's principals are out of the country, and he has
been the point of contact for all matters relating to this case.  A such, I have directed the previous
letters to Mr. Gibbs for proper handling to forward to Sunlust's principals.  <u>However, in an
abundance of caution, I am sending all the information regarding the case to you, the registered
agent for Sunlust Picutres, LLC.</u>

      **PLEASE BE ADVISED, if Sunlust Pictures, LLC wishes to pursue an Appeal or a
Motion for a New Trial/Amended Judgment, then it needs to be filed within the time
frames pursuant to Rule 4** ("the notice of appeal required by Rule 3 must be filed with the
district clerk within 30 days after entry of the judgment or order appealed from") **and Rule 59**
("A motion for a new trial must be filed no later than 28 days after the entry of judgment"),

1

**respectively, of the Federal Rules of Civil Procedure**. Further, pursuant to Local Rule 3.01(b) provides only 14 days from the date of the Motion for Attorney's Fees was filed to respond. **As such, time is of the essence for a new attorney to come aboard and I recommend finding independent counsel immediately**.

I have enclosed all case filings since I filed my Notice of Appearance in this case. Thank you for your attention and cooperation in this matter.

Sincerely,

/s/Matthew T. Wasinger

Matthew T. Wasinger, Esquire

Enclosure(s)



## Matthew T Wasinger

**From:** Matthew T Wasinger <mattw@wasingerlawoffice.com>
**Sent:** Wednesday, December 19, 2012 11:36 AM
**To:** blgibbs@wefightpiracy.com
**Subject:** FW: Activity in Case 8:12-cv-01685-MSS-MAP Sunlust Pictures, LLC v. Nguyen Order on motion to dismiss
**Attachments:** Notice of Order to Prenda-Sunlust 12.19.2012.pdf

Brett,

Please see the attached Order and Correspondence.

Matt

MATTHEW T. WASINGER, ESQUIRE
Wasinger Law Office, PLLC
605 East Robinson Street, Suite 730
Orlando, FL 32801
(407) 850-8406
wasingerlawoffice.com

NOTICE: This e-mail-message and any attachment to this -email message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 407-850-8406 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message may have not been produced by the sender.

**From:** cmecf_flmd_notification@flmd.uscourts.gov [mailto:cmecf_flmd_notification@flmd.uscourts.gov]
**Sent:** Tuesday, December 18, 2012 10:52 AM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 8:12-cv-01685-MSS-MAP Sunlust Pictures, LLC v. Nguyen Order on motion to dismiss

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 12/18/2012 at 10:52 AM EST and filed on 12/18/2012

**Case Name:** Sunlust Pictures, LLC v. Nguyen
**Case Number:** 8:12-cv-01685-MSS-MAP
**Filer:**
**Document Number:** 37

**Docket Text:**
ORDER granting [12] Motion to dismiss; denying as moot [18] Motion to extend time. Signed by Judge Mary S. Scriven on 12/18/2012. (SL)


**8:12-cv-01685-MSS-MAP Notice has been electronically mailed to:**

Graham W. Syfert  graham@syfert.com, dustin@syfert.com, lucy@syfert.com

Matthew Thomas Wasinger  mattw@wasingerlawoffice.com, wasinger21@hotmail.com

**8:12-cv-01685-MSS-MAP Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/18/2012] [FileNumber=10732129
-0] [26e2a5dfe113fbdfe0b9db797d9ad1eee466b9ef050bc03a3dd4b0d4489e0ec82
e3606ab2f6469654a9a7088b476202a53e2d440dee8e62b94a01191995e3d0f]]

## WASINGER LAW OFFICE, PLLC

**605 E. Robinson St., Suite 730**
**Orlando, FL 32801**
**(407) 850-8406**
**mattw@wasingerlawoffice.com**

## NOTICE OF ORDER

December 19, 2012

***Sent via Email and Certified Mail***
Prenda Law and Sunlust Pictures, LLC
c/o Brett Gibbs, Esquire
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
blgibbs@wefightpiracy.com

      RE: 8:12-cv-01685 Sunlust Pictures LLC v. Tuan Nguyen; Termination of
      Representation/Of Counsel Agreement

Dear Mr. Gibbs and/or Principal for Sunlust Pictures, LLC:

      **Please be advised that an Order was entered on December 28, 2012, formally granting the Defendant's Motion to Dismiss in the above captioned matter.** I have enclosed the Order for your review. As previously mentioned, I no longer represent Sunlust Pictures, LLC in the case due to a conflict of interests and serious ethical concerns regarding the operation of Prenda Law.

      **PLEASE BE ADVISED, if Sunlust Pictures, LLC wishes to pursue an Appeal or a Motion for a New Trial/Amended Judgment, then it needs to be filed within the time frames pursuant to Rule 4** ("the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from") **and Rule 59** ("A motion for a new trial must be filed no later than 28 days after the entry of judgment"), **respectively, of the Federal Rules of Civil Procedure.** As I can no longer represent Sunlust Picures, LLC; and/or act as local counsel to Prenda Law; if you plan to appeal this Order, I would suggest finding new counsel immediately. **For appeal time purposes, while the Order was not entered officially until December 18, 2012; in an abundance of caution I would utilize the November 27, 2012, hearing date to file an appeal/motion for amended judgment.** As such, a new attorney should be hired immediately to represent Sunlust.

      Further, I have continually tried to get in touch with you regarding this case and advised multiple times that I am not be able to represent Sunlust and/or Prenda Law in this matter, but to date none of my correspondence/phone calls have been returned. Therefore, please advise immediately as to the status of new counsel coming on to handle this case immediately.

      Thank you for your attention and cooperation in this matter.

Sincerely,

/s/Matthew T. Wasinger

Matthew T. Wasinger, Esquire

Enclosure

cc:
David Adelson, Registered Agent
Sunlust Pictures, LLC
Via Certified Mail

