# **EXHIBIT B**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNLUST PICTURES LLC,

    Plaintiff,

v.

TUAN NGUYEN,

    Defendant.
_____/

Case No. 8:12-CV-01685-MSS-MAP

## PLAINTIFF SUNLUST PICTURES, LLC'S RESPONSE TO DEFENDANT TUAN NGUYEN'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS

Plaintiff Sunlust Pictures LLC ("Sunlust"), by and through its undersigned counsel, hereby joins the Response of Non-Parties Prenda Law, Inc., Paul Duffy, Brett Gibbs and John Steele to Defendant Tuan Nguyen's Motion for Award of Attorney's Fees and Costs and incorporates the arguments in the Response as if set forth fully herein.

Respectfully submitted,

Date: December 20, 2012

[handwritten annotation: "Unauthorized Electronic Signature — MTW"]

By: /s/ Matthew T. Wasinger
Matthew T. Wasinger (Bar # 57873)
WASINGER LAW OFFICE, PLLC
605 East Robinson Street, Suite 730
Orlando, FL 32801
Phone: 415-325-5900
Email: wasinger.law@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

*[handwritten annotation: Unauthorized Electronic Signature → MTW]*

/s/ Matthew T. Wasinger
Matthew T. Wasinger

## Matthew T Wasinger

| | |
|---|---|
| From: | Mark Lutz <lutzy199@hotmail.com> |
| Sent: | Thursday, December 20, 2012 5:12 PM |
| To: | mattw@wasingerlawoffice.com |
| Subject: | RE: call |
| Attachments: | Plaintiff`s Opposition to Defendant's Motion for Award of Attorney's Fees and Costs.pdf |

Mr. Wasinger,

Please see the attached revised response and confirm that you will file today. Mr. Webber is not available to speak with you due to the fact that he is out of the country. That is also the reason that he has asked me to handle issues like this. If you do not to speak with me that is fine. Thank you for filing this today.

Regards,
Mark Lutz
Corporate Representitive
SunLust Pictures, LLC

---

From: mattw@wasingerlawoffice.com
To: lutzy199@hotmail.com
CC: blgibbs@wefightpiracy.com; KYanes@kmf-law.com
Subject: RE: call
Date: Thu, 20 Dec 2012 16:33:26 -0500

Mr. Lutz, I have been in my office all afternoon and I have not received any calls from you until a voicemail at 4:22 P.M. I don't view you as having any authority for SunLust based on your testimony under oath before the Judge at the November 27, 2012 hearing. I am not going to speak to you about this case. You are not my client. I cannot talk to you about this.

I will only speak with Mr. Webber regarding this issue, and in person, because I cannot trust anyone in this case.

MATTHEW T. WASINGER, ESQUIRE
Wasinger Law Office, PLLC
605 East Robinson Street, Suite 730
Orlando, FL 32801
(407) 850-8406
wasingerlawoffice.com

NOTICE: This e-mail-message and any attachment to this -email message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 407-850-8406 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message may have not been produced by the sender.

Get Ginger

1

**From:** Mark Lutz [mailto:lutzy199@hotmail.com]
**Sent:** Thursday, December 20, 2012 3:51 PM
**To:** mattw@wasingerlawoffice.com
**Subject:** call

Matt,

I'm having an issue calling you. Please call me at 305 815 2836.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNLUST PICTURES LLC,

    Plaintiff,

v.

TUAN NGUYEN,

    Defendant.
_____/

Case No. 8:12-CV-01685-MSS-MAP

## PLAINTIFF SUNLUST PICTURES, LLC JOINS NON-PARTIES RESPONSE IN OPPOSITION TO TUAN NGUYEN'S OMNIBUS MOTION FOR SANCTIONS

Plaintiff Sunlust Pictures LLC ("Sunlust"), by and through its undersigned counsel, hereby joins the all arguments made in the Response of Non-Parties Prenda Law, Inc., Paul Duffy, Brett Gibbs and John Steele in Opposition to Defendant Tuan Nguyen's Omnibus Motion for Sanctions ("Non-Parties' Response"), which was filed in this case on December 20, 2012. Sunlust hereby incorporates by reference all of the arguments made in Non-parties' Response in this document.

Respectfully submitted,

Date: December 20, 2012

*[handwritten: Unauthorized Electronic Signature →]*
*[handwritten signature: Matt]*

By:  /s/ Matthew T. Wasinger
Matthew T. Wasinger (Bar # 57873)
WASINGER LAW OFFICE, PLLC
605 East Robinson Street, Suite 730
Orlando, FL 32801
Phone: 415-325-5900
Email: wasinger.law@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

*[Handwritten annotation: "Unauthorized electronic signature →"]*

/s/ Matthew T. Wasinger
Matthew T. Wasinger

## Matthew T Wasinger

| | |
|---|---|
| **From:** | Mark Lutz <lutzy199@hotmail.com> |
| **Sent:** | Thursday, December 20, 2012 3:10 PM |
| **To:** | mattw@wasingerlawoffice.com |
| **Subject:** | SunLust v. Nguyen |
| **Attachments:** | 10 - Plaintiff's Opposition to Defendant's Motion for Sanctions and Fees (Nguyen).pdf |
| **Flag Status:** | Flagged |

Dear Mr. Wasinger,

Please file the attached response today on behalf of SunLust Pictures, LLC. Please file the response after the non parties file their repsonse and I believe they are doing that later today. If you do not file the response today SunLust will have to join the non parties in their response.

I will call you to confirm shortly.

Regards,
Mark Lutz
SunLust Pictures, LLC

1