UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNLUST PICTURES LLC,

        Plaintiff,                        Case No. 8:12-CV-01685-MSS-MAP

     v.

TUAN NGUYEN,

        Defendant.
                                      /

**NOTICE OF NON-PARTIES PRENDA LAW, INC., PAUL DUFFY, BRETT GIBBS, AND JOHN STEELE OF WITHDRAWAL OF EXHIBITS A AND C TO RESPONSE TO MOTION FOR SANCTIONS AND OF FILING AMENDED EXHIBITS**

     Non-Parties Prenda Law, Inc., Paul Duffy, Brett Gibbs and John Steele hereby withdraw Exhibits A and C filed in connection with their Response to Defendant's motion for sanctions against them, Doc. 40, and file as exhibits to this notice replacing Exhibits A and C. Exhibit A, the declaration of Mr. Daniel Weber, is being withdrawn and replaced with an affidavit of Mr. Weber that (1) corrects the inadvertent misspelling of Mr. Weber's last name; and (2) corrects Mr. Weber's statement regarding his geographic location on the date of the November 27, 2012, hearing in this matter. Exhibit C, the declaration of Mr. Brett Gibbs, is being withdrawn and replaced with a declaration of Mr. Gibbs that includes the language required by 28 U.S.C. Section 1746, which was inadvertently omitted from the original. The amended exhibits are attached to this Notice.

Respectfully submitted,

*/s/ Katherine Earle Yanes*
James E. Felman (FB# 775569)
Katherine E. Yanes (FB #159727)
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, Florida 33601
Telephone:     (813) 229-1118
Facsimile:      (813) 221-6750
jfelman@kmf-law.com
kyanes@kmf-law.com

*Counsel for Non-Parties Prenda Law, Inc., Paul Duffy, Brett Gibbs and John Steele*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 26, 2012, I electronically filed the foregoing with the Clerk of the Court which will send a notice of electronic filing to:

Graham W. Syfert
graham@syfert.com

Matthew Thomas Wasinger
mattw@wasingerlawoffice.com


*s/ Katherine Earle Yanes*
Katherine Earle Yanes