## Affidavit of Daniel Weber

DANIEL WEBER, under penalty of perjury, says as follows:

1. I am over eighteen years of age and am competent to testify as to the matters set forth herein. I make this affidavit on the basis of my personal knowledge and if called to testify at trial I would testify as follows.

2. I am the managing member of Sunlust Pictures, LLC with offices in California and India. The only other principal of Sunlust Pictures, LLC, is my wife, Sunny Leone.

3. Our company has retained various law firms around the country to pursue pirates and hackers who are literally destroying our company.

4. It is my understanding that case 8:12-CV-1685-MSS-MAP was filed in the Middle District of Florida by my counsel there, George A. Banas. Prenda Law, Inc., who directly represents us in copyright infringement cases in other states, helped us find an attorney in the Middle District to file this case.

5. Both my wife and I were in the country of India filming a film during extended periods of time in 2012, traveling back and forth between India and Los Angeles. To clarify my prior declaration submitted in this matter, I was originally scheduled to travel to India on or around November 27, 2012 and arranged for a representative to attend the hearing in my stead because I would be unavailable and because I believed that since I do not have intimate knowledge of the details of this matter, it seemed better for us to request the attendance of a person who has knowledge of the issues raised in the case. My original travel plans were disrupted due to an emergency surgery performed on my dog. Thus, I was unexpectedly in Los Angeles on the date of the hearing. I understood my prior declaration to have focused on my plans for the hearing and I would like to apologize for any confusion.

6. Mark Lutz, being a person knowledgeable about Sunlust and having worked on our matters for some time, appeared on our behalf at the November 27th, hearing with my knowledge and consent.

7. Although Mr. Lutz has little knowledge as to Sunlust's corporate structure or the names of its officers and does not have settlement authority for Sunlust Films, Mr. Lutz is a corporate representative who has a great deal of knowledge of the underlying facts relevant to our case.

I declare under the penalty of perjury and upon personal knowledge that the foregoing is true and correct.

Daniel Weber
Dated: December 21, 2012
Los Angeles, CA

State of California }
County of Los Angeles

On Dec 21, 12 before me, Estella Kalachi, Notary (here insert name and title of the officer), personally appeared Daniel Weber

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Stella Kalachi
Notary Public Signature

STELLA KALACHI
Commission # 1989283
Notary Public - California
Los Angeles County
My Comm. Expires Sep 23, 2016