UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUNLUST PICTURES, LLC,**

    **Plaintiff,**

v.                                        Case No.: 8:12-cv-1685-T35-MAP

**TUAN NGUYEN,**

    **Defendant.**

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion to Seal Declaration of Physician Containing Confidential Medical Information. (Dkt. 41.) Pursuant to Local Rule 1.09, Paul Duffy moves to file under seal the declaration of his physician, Dr. David J. Fletcher, M.D., as a supplemental exhibit to his memorandum in opposition to Defendant's Omnibus Motion for Sanctions. Mr. Duffy claims the declaration provides detailed information regarding the medical condition that rendered him unable to fly to Tampa to attend the November 27, 2012 hearing before this Court. Upon consideration of all relevant filings, the Motion to Seal is **GRANTED**. The Clerk is directed to accept Dr. Fletcher's declaration under seal. The declaration shall remain sealed until further order from this Court.

**DONE and ORDERED** in Tampa, Florida, on this 28th day of December 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record
Any Unrepresented Parties