**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SUNLUST PICTURES, LLC,**

    **Plaintiff,**

v.                                       **Case No.: 8:12-cv-1685-T35-MAP**

**TUAN NGUYEN,**

    **Defendant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Urgent Renewed Motion for Withdrawal as Counsel for the Plaintiff and Motion for Extension of Time for Plaintiff to Respond to Defendant's Motion for Sanctions and Attorney's Fees and Costs. (Dkt. 43)  Plaintiff's current counsel of record, Matthew T. Wasinger, moves to withdraw as counsel in this case.  Mr. Wasinger cites "significant ethical concerns" as reason for his desire to discontinue his representation of Plaintiff.  (Id., p. 1)  Mr. Wasinger also states he has been unable to speak directly with the principals of Sunlust Pictures, LLC, despite multiple requests to do so.  (Id., p. 5)  Upon consideration of all relevant filings, it is hereby **ORDERED** as follows:

1. The motion to withdraw as counsel is **GRANTED**;

2. The **CLERK** is directed to remove Mr. Wasinger's name from the CM/ECF service list for this case and to discontinue sending pleadings and Orders to him in connection with this matter;

3. Because Sunlust Pictures, LLC is a limited liability company, it is required to be represented by counsel.  See M.D. Fla. Local Rule 2.03(e); Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 185 (11th Cir. 1985).  Thus, Sunlust

Pictures, LLC has **fourteen (14) days** from the date of this Order to obtain replacement counsel, who shall file a notice of appearance with this Court;

4. Plaintiff Sunlunst Pictures, LLC shall have **seven (7) days** from the date of retaining replacement counsel to respond the Defendant's pending motion for award of attorney's fees and costs. Failure to retain replacement counsel and to respond to Defendant's motion within the time allowed by this Court may result in the entry of judgment in favor of the Defendant without further notice from this Court.

**DONE and ORDERED** in Tampa, Florida, on this 23rd day of April 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Parties