# EXHIBIT A

ORIGINAL

FILED

1  Heather L. Rosing, Bar No. 183986
   David M. Majchrzak, Bar No. 220860
2  KLINEDINST PC
   501 West Broadway, Suite 600
3  San Diego, California 92101
   (619) 239-8131/FAX (619) 238-8707
4  hrosing@klinedinstlaw.com
   dmajchrzak@klinedinstlaw.com
5
   Attorneys for Defendants
6  JOHN STEELE; PAUL HANSMEIER;
   PAUL DUFFY; and ANGELA VAN
7  DEN HEMEL

2013 MAR -8 PM 3: 55

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 INGENUITY 13 LLC,                  Case No.   2:12-cv-8333-ODW(JCx)

12              Plaintiff,            **DECLARATION OF JOHN STEELE IN
                                      SUPPORT OF EX PARTE
13       v.                          APPLICATION FOR ORDER
                                      WITHDRAWING ORDER FOR JOHN
14 JOHN DOE,                          STEELE, PAUL HANSMEIER, PAUL
                                      DUFFY, AND ANGELA VAN DEN
15              Defendant.           HEMEL TO APPEAR**

16                                   Judge:            Hon. Otis D. Wright, II
                                     Magistrate Judge: Hon. Jacqueline Chooljian
17                                   Courtroom:        11

18                                   Complaint Filed:  September 27, 2012
                                     Trial Date:       None set
19

20       I, John Steele, declare as follows:

21       1.    I am an attorney at law duly licensed to practice before the courts of

22 the State of Illinois. I am of counsel with the law firm, Prenda Law, Inc.

23       2.    I have personal knowledge of the following facts and, if called upon

24 as a witness, could competently testify thereto.

25       3.    I reside in the State of Florida. I both live in the State of Florida and

26 intend to remain living in Florida. Although I make infrequent appearances in

27 Illinois to perform legal services, I do not provide any legal services in either

28 California or Florida.

                                    - 1 -

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1    4.    I know Paul Hansmeier through my work with Prenda Law, Inc. He is

2    also of counsel to the firm. Hansmeier resides in the State of Minnesota in that he

3    lives and works in Minnesota and, on information and belief, intends to remain

4    living and working in Minnesota.

5    5.    I know Paul Duffy through my work with Prenda Law, Inc. He is the

6    firm's principal. Duffy resides in the State of Illinois in that he lives and works in

7    Illinois and, on information and belief, intends to remain living and working in

8    Illinois.

9    6.    I know Angela Van Den Hemel through my work with Prenda Law,

10   Inc. She is a paralegal with the firm. Van Den Hemel resides in the State of

11   Minnesota in that she lives and works in Minnesota and, on information and belief,

12   intends to remain living and working in Minnesota.

13   I declare under penalty of perjury under the laws of the United States of

14   America that the foregoing is true and correct.

15   Executed the 8th day of March 2013 at Chicago, Illinois.

16

17

18   _____
     John Steele

19   14630746v1

20

21

22

23

24

25

26

27

28
                                        - 2 -
     DECLARATION OF JOHN STEELE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER
     WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA
                         VAN DEN HEMEL TO APPEAR
                         2:12-cv-8333-ODW(JCx)