# EXHIBIT A

Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com

Attorneys for Defendants
JOHN STEELE; PAUL HANSMEIER;
PAUL DUFFY; and ANGELA VAN
DEN HEMEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case No. 2:12-cv-8333-ODW(JCx)<br><br>**DECLARATION OF JOHN STEELE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR**<br><br>Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Courtroom: 11<br><br>Complaint Filed: September 27, 2012<br>Trial Date: None set |

I, John Steele, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the State of Illinois. I am of counsel with the law firm, Prenda Law, Inc.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

3. I reside in the State of Florida. I both live in the State of Florida and intend to remain living in Florida. Although I make infrequent appearances in Illinois to perform legal services, I do not provide any legal services in either California or Florida.

- 1 -

DECLARATION OF JOHN STEELE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER
WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA
VAN DEN HEMEL TO APPEAR
2:12-cv-8333-ODW(JCx)

4. I know Paul Hansmeier through my work with Prenda Law, Inc. He is also of counsel to the firm. Hansmeier resides in the State of Minnesota in that he lives and works in Minnesota and, on information and belief, intends to remain living and working in Minnesota.

5. I know Paul Duffy through my work with Prenda Law, Inc. He is the firm's principal. Duffy resides in the State of Illinois in that he lives and works in Illinois and, on information and belief, intends to remain living and working in Illinois.

6. I know Angela Van Den Hemel through my work with Prenda Law, Inc. She is a paralegal with the firm. Van Den Hemel resides in the State of Minnesota in that she lives and works in Minnesota and, on information and belief, intends to remain living and working in Minnesota.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 8th day of March 2013 at Chicago, Illinois.

_____
John Steele

14630746v1

- 2 -
DECLARATION OF JOHN STEELE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR
2:12-cv-8333-ODW(JCx)