**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SUNLUST PICTURES, LLC,**

 Plaintiff,

v.            Case No.: 8:12-cv-1685-T35-MAP

**TUAN NGUYEN,**

 Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Non-Party John Steele's Motion to Strike and Motion for Sanctions Against Defendant Tuan Nguyen and Attorney Graham Syfert. (Dkt. 51) John Steele filed this motion seeking to strike certain documents filed by Defendant's counsel and seeking sanctions against the Defendant and his attorney. John Steele, although represented by counsel, has filed this pleading *pro se*. John Steele informs the Court that he anticipates that his counsel of record will be filing a motion to withdraw from this matter in the coming weeks. Upon consideration of all relevant filings, it is hereby **ORDERED** as follows:

1. John Steele's motion (Dkt. 51) is hereby **STRICKEN** from the record as the rules of this Court prevent a party represented by counsel from filing pleadings *pro se*. See M.D. Fla. Local Rule 2.03(d) ("Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court…").

2. If John Steele's counsel of record intend to seek leave to withdraw from this matter, they shall do so as soon as possible in accordance with the Local Rules of this Court.

**DONE and ORDERED** in Tampa, Florida, on this 2nd day of May 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record
Any Unrepresented Parties