IN THE MIDDLE DISTRICT FOR THE STATE OF FLORIDA
UNITED STATES DISTRICT COURT
TAMPA DIVISION

SUNLUST PICTURES, LLC,

    Plaintiff,

v                                 Case No. 8:12-cv-1685

TUAN NGUYEN,

    Defendant,
_____/

## NOTICE OF APPEARANCE

The Law Offices of Frederick W. Heath hereby gives notice of its appearance on behalf of Plaintiff, Sunlust Pictures, LLC and requests that copies of all motions, notices, and any and all other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned. By filing this notice, Plaintiff does not waive any defenses or challenges to jurisdiction, venue, process, and service of process, or other defenses under the Florida Rules of Civil Procedure, common law or statutes.

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed to all parties at their respective addresses, on this 8th day of May, 2013.

Frederick W. Heath Esquire
The Law Offices of Frederick W. Heath
4302 Henderson Blvd, Suite 200
Tampa, FL 33629
Phone: 813-253-3634
chipperheath@hotmail.com
Florida Bar No.: 0194395