# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

| | |
|---|---|
| SUNLUST PICTURES, LLC, )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>TUAN NGUYEN, )<br>)<br>)<br>Defendant. ) | Civil Action No.<br>8:12-CV-1685-MSS-MAP<br><br>*Monday, May 20, 2013* |

## NOTICE OF DEFENDANT TUAN NGUYEN OF
## WITHDRAWAL WITH PREJUDICE OF ALL PENDING MOTIONS

Defendant Tuan Nguyen, by and through his undersigned counsel, hereby withdraws with prejudice all pending motions filed by Defendant Nguyen in this matter, specifically including each of the following:

- Motion for Sanctions Against Non-Parties Prenda Law, Inc., Illinois Attorney Paul Duffy, California Attorney Brett Gibbs, Illinois Attorney John Steele. Dkt. 31;

- Motion for Award of Attorneys Fees and Costs Dkt. 35;

- Motion for Sanctions Against Non-Party Attorney John Steele and Request for Order to Show Cause Dkt. 46; and

- Third Motion for Sanctions Against John Steele, First Motion for Sanctions Against Paul Hansmeier, and Second Motion for Sanctions Against Paul Duffy Dkt. 52.

1

This Notice is intended to encompass including any and all motions seeking sanctions or attorney's fees against the Plaintiff Sunlust Pictures LLC, and any and all motions seeking sanctions or attorney's fees against Non-Parties Prenda Law, Inc.; Paul Duffy, Esquire; John Steele, Esquire; or Paul Hansmeier, Esquire. Defendant Tuan Nguyen has previously withdrawn his motion for sanctions against Non-Party Brett Gibbs. Dkt. 49.

Accordingly, it is respectfully requested that the Court take no further action on the motions set forth above and consider all Defendant's motions withdrawn.

There being no other pending motions before this court, the Defendant requests that this matter is closed and no further action be required of any party.

Monday, May 20, 2013.

Respectfully submitted,
Graham W. Syfert, Esq.,P.A.

By: s/ Graham W. Syfert
  Graham W. Syfert (39104)
  FL/GA Attorney at Law
  1529 Margaret St, Unit 2
  Jacksonville, FL 32204
  Phone: (904) 383-7448
  Fax: (904) 638-4726
  graham@syfert.com

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent by e-mail this day, to attorneys for the non-parties, kyanes@kmf-law.com, and by e-mail to Paul Hansmeier, prhansmeier@wefightpiracy.org, prhansmeier@6881forensics.com, prhansmeier@thefirm.mn, Minneapolis MN this Monday, May 20, 2013.

By: s/ Graham W. Syfert
  Graham W. Syfert (39104)

2