UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUNLUST PICTURES, LLC,**

    Plaintiff,

v.                                        Case No.: 8:12-cv-1685-T35-MAP

**TUAN NGUYEN,**

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion to Withdraw as Counsel for Non-Parties (Dkt. 60). The law firm of Kynes, Markman & Felman, P.A., and attorneys James E. Felman, Esq., and Katherine Earle Yanes, Esq. (collectively, "Counsel") move to withdraw as counsel for Prenda Law, Inc., Paul Duffy, Brett Gibbs, and John Steele in this case. Counsel state that a recent declaration filed by Brett Gibbs in this matter is against the interest of John Steele and that the Florida Rules of Professional Conduct prohibit Counsel from representing clients whose interests are directly adverse to one another. Upon consideration of all relevant filings, it is hereby **ORDERED** as follows:

1. The Motion to Withdraw is **GRANTED**.

2. The Clerk is **DIRECTED** to remove the name of Kynes, Markman & Felman, P.A., as well as the names of James E. Felman and Katherine Earle Yanes, from the CM/ECF service list for this case and to discontinue sending pleadings and Orders to them in connection with this matter;

1

3. Since Defendant has withdrawn with prejudice all pending motions for sanctions and attorney's fees against the Non-Parties in this case (Dkt. 59), the CLERK is **DIRCTED** to **CLOSE** this Case.

**DONE and ORDERED** in Tampa, Florida, on this 29th day of May 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record
Any Unrepresented Parties